IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GERARDO NUNEZ-DELGADO,<br><br>    Defendant. | Case No.: 1:19-CR-00079-001 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on August 19, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **August 19, 2019**         /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE